IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-00096-RPM

CAMELBACK GROUP,
a Colorado corporation,

        Plaintiff,

v.

BEN TURNAGE,
DELL CAPITAL PARTNERS, LP,
a Mississippi Limited Partnership, and
HEARTLAND DEVELOPMENT COMPANY, LLC,
a Mississippi limited liability corporation,

        Defendants.
_____

ORDER DENYING DEFENDANT BEN TURNAGE'S MOTION TO DISMISS
_____

On January 25, 2006, defendant Ben Turnage filed a motion to dismiss under Fed.R.Civ.P. 12(b)(2), alleging that there is no personal jurisdiction for the claims made against him in this civil action. The plaintiff responded on February 14, 2006, with an affidavit of Peter Kirn, describing the contacts between him and the moving defendant, including telephone calls and e-mail communications to Kirn in Colorado. Turnage filed a reply in support of his motion. The reply argues that the plaintiff has failed to show reliance on the alleged misrepresentations and has failed to show injury in Colorado. The plaintiff has established a *prima facie* basis for jurisdiction over the defendant Ben Turnage based on his contacts with the plaintiff in Colorado and any damages to the plaintiff were necessarily sustained in Colorado, its principal place of business. The merits of this controversy are not before this Court and the ultimate question of

personal jurisdiction over the moving defendant is dependant upon the merits of the case.  It is now

ORDERED that the motion to dismiss filed by defendant Ben Turnage is denied.

DATED: March 2, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge