IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-00096-RPM

CAMELBACK GROUP,
a Colorado corporation,

       Plaintiff,

v.

BEN TURNAGE,
DELL CAPITAL PARTNERS, LP,
a Mississippi Limited Partnership, and
HEARTLAND DEVELOPMENT COMPANY, LLC,
a Mississippi limited liability corporation,

       Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **April 12, 2006, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges   frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the proposed Scheduling Order in Word or WordPerfect format shall be submitted by April 6, 2006, via e-mail to **Matsch_Chambers@cod.uscourts.gov**.

Dated: March 2, 2006

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge