IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-00096-RPM

CAMELBACK GROUP,
a Colorado corporation,

        Plaintiff,

v.

BEN TURNAGE,
DELL CAPITAL PARTNERS, LP,
a Mississippi Limited Partnership, and
HEARTLAND DEVELOPMENT COMPANY, LLC,
a Mississippi limited liability corporation,

        Defendants,

v.

PETER KIRN,

        Counterclaim Defendant.
_____

ORDER
_____

Upon consideration of the proposed Stipulated Protective Order, dated June 19, 2006, it is

ORDERED that the proposed Stipulated Protective Order is unacceptable for failure to refer to D.C.COLO.LCivR 7.2 and 7.3.

DATED: June 22nd, 2006

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior Judge