IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00096-RPM-CBS

CAMELBACK GROUP,
a Colorado corporation,

      Plaintiff,

v.

BEN TURNAGE,
DELL CAPITAL PARTNERS, LP,
a Mississippi Limited Partnership, and
HEARTLAND DEVELOPMENT COMPANY, LLC,
a Mississippi limited liability corporation,

      Defendants,

v.

PETER KIRN,

      Counterclaim Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that Plaintiff's Motion to Modify Scheduling Order for Discovery Cutoff and Dispositive Motions (*doc. no. 39*) is **GRANTED**. The court will extend the discovery cutoff to **May 14, 2007**, and the dispositive motion deadline to **June 14, 2007**.

**DATED:**    April 10, 2007