**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  May 4, 2007
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 06-cv-00096-RPM

CAMELBACK GROUP,                                              Burton Wherry

      Plaintiff,

v.

BEN TURNAGE,                                                  Kim Riter
DELL CAPITAL PARTNERS, LP, and
HEARTLAND DEVELOPMENT COMPANY, LLC.,

      Defendants.

v.

PETER KIRN.

      Counterclaim- Defendant.
_____

### COURTROOM MINUTES
_____

**Hearing on Motion to Withdraw**

**2:32 p.m.      Court in session.**

Peter Kirn present.

Court's preliminary remarks.

2:34 p.m.      Statements by Mr. Wherry.

Mr. Kirn states he accepts Mr. Wherry's withdrawal and is in the process of obtaining substitute representation.

2:36 p.m.      Statements by Ms. Riter.

Mr. Wherry states his file has been made available.

**ORDERED:**   Motion to Withdraw, filed April 19, 2007 [49], is granted.
**ORDERED:**   Defendants' Motion to Enforce Settlement Agreement, filed April 30, 2007 [56], is denied.
**ORDERED:**   Discovery deadline is extended to July 3, 2007.

**2:43 p.m.      Court in recess.**         Hearing concluded.  Total time: 11 min.