IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-00096-RPM

CAMELBACK GROUP,
a Colorado corporation,

        Plaintiff,

v.

BEN TURNAGE,
DELL CAPITAL PARTNERS, LP,
a Mississippi Limited Partnership, and
HEARTLAND DEVELOPMENT COMPANY, LLC,
a Mississippi limited liability corporation,

        Defendants,

v.

PETER KIRN,

        Counterclaim Defendant.
_____

ORDER
_____

Pursuant to the hearing on May 4, 2007, it is

ORDERED that the Motion to Withdraw (Doc. #49) is granted and Burton I. Wherry and Edward P. Carlstead have no further responsibilities as counsel for plaintiffs in this action.  It is

FURTHER ORDERED that the discovery deadline is extended to July 3, 2007.

DATED: May 7th, 2007

                                    BY THE COURT:
                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge