IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-00096-RPM

CAMELBACK GROUP,
a Colorado corporation,

       Plaintiff,

v.

BEN TURNAGE,
DELL CAPITAL PARTNERS, LP,
a Mississippi Limited Partnership, and
HEARTLAND DEVELOPMENT COMPANY, LLC,
a Mississippi limited liability corporation,

       Defendants,

v.

PETER KIRN,

       Counterclaim Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the hearing convened today, it is

ORDERED that a pretrial conference is scheduled for **December 27, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.**

on **December 20, 2007.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: November 26th 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior District Judge