IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-00096-RPM

CAMELBACK GROUP,
a Colorado corporation,

       Plaintiff,

v.

BEN TURNAGE,
DELL CAPITAL PARTNERS, LP,
a Mississippi Limited Partnership, and
HEARTLAND DEVELOPMENT COMPANY, LLC,
a Mississippi limited liability corporation,

       Defendants,

v.

PETER KIRN,

       Counterclaim Defendant.

_____

ORDER FOR SEPARATE TRIAL ON LIABILITY
_____

After conferring with counsel at the hearing on the plaintiff's motion to compel today, the Court has determined that pursuant to Fed.R.Civ.P 42(b), separate trials of the issues of liability on the plaintiff's claims and the defendants' counterclaims, reserving the issues of damages will be conducive to expedition and economy and it is therefore

ORDERED that trial of the liability issues will be held separately from the trials of all issues relating to damages.

DATED: November 26th, 2007

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge