IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: November 26, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 06-cv-00096-RPM

CAMELBACK GROUP, a Colorado corporation,   Rick D. Bailey
                                           Jose A. Ramirez

    Plaintiff,

v.

BEN TURNAGE,                               Kim Ritter
DELL CAPITAL PARTNERS, LP,                 John H. Logan
a Mississippi Limited Partnership, and
HEARTLAND DEVELOPMENT COMPANY, LLC.,
a Mississippi Limited Partnership,

    Defendants.

v.

PETER KIRN.                                Jose A. Ramirez

    Counterclaim-Defendant.
_____

## COURTROOM MINUTES
_____

**Motion to Compel**

**2:28 p.m.**    **Court in session.**

Peter Kirn present.

Court's preliminary remarks.

2:29 p.m.    Argument by Mr. Bailey.

Mr. Bailey states discovery with respect to liability is completed.

2:36 p.m.    Ms. Ritter states defendants do not oppose bifurcation.

**ORDERED:** **Motion to Compel Discovery Responses, filed October 23, 2007 [72], is denied at this time and discovery issues with respect to damages will be determined after the trial on liability.**

**ORDERED:** **Case bifurcated. Issues of liability and damages will be tried separately. Pretrial conference scheduled December 27, 2007 at 2:00 p.m.**

**ORDERED:** **John A. Logan added as co-counsel for defendants.**

**2:41 p.m.**    **Court in recess.**    Hearing concluded.  Total time: 13 min.