IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00096-RPM-CBS

CAMELBACK GROUP, a Colorado corporation,

    Plaintiff,

vs.

BEN TURNAGE, DELL CAPITAL PARTNERS, L.P., a Mississippi limited partnership, and HEARTLAND DEVELOPMENT COMPANY, LLC, a Mississippi limited liability corporation,

    Defendants,

vs.

PETER KIRN,

    Counterclaim Defendant.

## ORDER GRANTING DISMISSAL WITH PREJUDICE

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this action, the Complaint and Counterclaims, filed herein, all amendments thereto, and all claims and causes of action that were or that could have been but were not asserted herein be and the same are hereby dismissed with prejudice and with the parties to bear their own costs of court.

Dated this 2nd day of January, 2008.

BY THE COURT

_____
U.S. District Court Judge

3810819_1.DOC